# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DURAN, | ) 1:09cv0138 OWW DLB |
| | ) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS |
| | ) AND RECOMMENDATION |
| v. | ) |
| | ) (Document 12) |
| AURORA LOAN SERVICES; QUALITY | ) |
| LOAN SERVICE CORPORATION, | ) |
| | ) |
| Defendants. | ) |

     Plaintiff, appearing pro se and in forma pauperis, filed the instant action on January 22, 2009, naming Aurora Loan Services and Quality Loan Service Corporation as Defendants.

     On April 24, 2009, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED WITHOUT LEAVE TO AMEND as to Defendant Quality Loan Service Corporation.[1]  The Findings and Recommendation was served on Plaintiff and contained notice that any objections were to be filed within thirty (30) days.  More than thirty (30) days have passed and no objections have been filed.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

---

[1] By separate order, the Magistrate Judge dismissed the first amended complaint, but granted Plaintiff leave to amend his complaint against Aurora Loan Services.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation dated April 24, 2009, is ADOPTED IN FULL; and

2. The action is DISMISSED only as to Quality Loan Service Corporation. This does not terminate this action in its entirety.

IT IS SO ORDERED.

**Dated:   June 17, 2009**                              /s/ Oliver W. Wanger
                                                                         UNITED STATES DISTRICT JUDGE